IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

TODD M. SMITH,

        Debtor,

Bankruptcy Case No. 18-22548

Chapter 13

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

TO:    Clerk of the Courts

Please enter my appearance on behalf of Fidelity National Title Insurance Company in the above captioned matter. I request copies of further Notices and Orders.

Please enter the address below as the mailing address for this Creditor. All notices should be mailed to the following address:

>Fidelity National Title Insurance Company
>c/o Dana B. Ostrovsky, Esquire
>Fidelity National Law Group
>1515 Market Street, Suite 1410
>Philadelphia, PA 19102

FIDELITY NATIONAL LAW GROUP

Date: August 9, 2018

By: *Dana B. Ostrovsky*
Dana B. Ostrovsky (83921
Fidelity National Law Group
1515 Market Street, Suite 1410
Philadelphia, PA 19102
Phone: 267-608-1728
Dana.ostrovsky@fnf.com