## MINUTES OF CHAPTER 13 § 341(a) MEETING OF CREDITORS
## AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

**FILED**
2018 AUG 29 PM 2:37
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

Case Name: **Smith**
Case Number: **18-22548**                    JAD/TPA/CMB/**GLT**
Date of Meeting: **8/27/18**                 Recording # **2**
Debtor(s) present **✓** or Not Present ___ (___ No Payments Made or ___ partial payments)
Attorney for debtor(s) **K. Steidl**         (Present **✓** or Not Present ___)
Date of Plan at § 341: **7/18/18**  Applicable commitment period ___ 3 yrs **✓** 5 yrs

— Wambrodt for Toyota Lease Trust

— Omitted RE vacant property on Duff Road
   title in Debtor name alone
              Believes worth $
                    ≈ $4K in tx liens
        will probably be surrendered

— Broker to be engaged for 5303-5304

— 2017 return not yet done  Kistler

— Need chart for rental real estate
   — rental income, property expense, projected debt service
   — no properties cross collateralized

Require 2017 return for fee review

Amended plan to put in Toyota Lease Trust

___ Meeting HELD and CONCLUDED
**✓** Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD
                                   ___ Order to Show Cause Requested
                                   ___ To be rescheduled by Clerk

**✓** Confirmation Order recommended  ___ Final  **✓** Interim
**✓** Amended Plan due: **9/17/18** ; Objections due: **10/16/18**

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
**✓** Continued to:
   ___ 341 Meeting  , OR  **✓** Conciliation Conf. OR  ___ *Contested Hearing
   On **11/8/18**    at **9:30** am/pm Location ___

pre-BAR date

_____
Chapter 13 Trustee/Attorney for Trustee