**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)**

| | |
|---|---|
| IN RE: : | |
| TODD M. SMITH : | BK. No. 18-22548-GLT |
| Debtor : | |
| : | Chapter No. 13 |
| U.S. BANK NATIONAL ASSOCIATION, AS : | |
| TRUSTEE FOR J.P. MORGAN MORTGAGE : | |
| ACQUISITION TRUST 2006-WF1 : | Hearing Date: 10/10/2018 |
| Movant : | |
| v. : | Hearing Time: 10:00 AM |
| TODD M. SMITH : | |
| and : | Objection Date: 10/01/2018 |
| RONDA J. WINNECOUR, ESQUIRE : | |
| (TRUSTEE) : | |
| Respondents : | |

**CERTIFICATE OF SERVICE OF**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

I certify under penalty of perjury that I served or caused to be served the above captioned pleading Motion for Relief from the Automatic Stay and the Notice of Hearing on the parties at the addresses shown below or on the attached list on 9/11/2018.

The types of service made on the parties were: Electronic Notification and First Class Mail.

Service by Electronic Notification

RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219
CMECF@CHAPTER13TRUSTEEWDPA.COM

KENNETH STEIDL, ESQUIRE
SUITE 2830 GULF TOWER
707 GRANT STREET
PITTSBURGH, PA 15219
JULIE.STEIDL@STEIDL-STEINBERG.COM

OFFICE OF THE UNITED STATES TRUSTEE
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222
USTP.REGION03@USDOJ.GOV

Service by First Class Mail

TODD M. SMITH
3923 LAUREL OAK CIRCLE
MURRYSVILLE, PA 15668

RONDA J. WINNECOUR,
ESQUIRE (TRUSTEE)
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

<u>/s/ Jodi L. Hause, Esquire</u>
Jodi L. Hause, Esq., Id. No.90625
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
Phone Number: 215-563-7000 Ext 31502
Fax Number: 215-568-7616
Email: Jodi.Hause@phelanhallinan.com

9/11/2018