IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>TODD M. SMITH<br>                      Debtor<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-WF1<br>                      Movant<br>                      v.<br>TODD M. SMITH<br>                      and<br>RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)<br>                      Respondents | BK. No. 18-22548 GLT<br><br>Chapter No. 13<br><br>Related to Document No. 34 |

**CERTIFICATE OF NO OBJECTION REGARDING THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY RELATED TO DOCUMENT NO. 34**

      The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay filed on September 11, 2018 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay appears thereon. Pursuant to the Notice of Hearing, objections to the Motion for Relief from the Automatic Stay were to be filed and served no later than October 1, 2018.

It is hereby respectfully requested that the Order attached to the Motion for Relief from the Automatic Stay be entered by the Court.

Dated: October 3, 2018                /s/ Jodi L. Hause, Esquire
                                              Jodi L. Hause, Esq., Id. No.90625
                                              Phelan Hallinan Diamond & Jones, LLP
                                              Omni William Penn Office Tower
                                              555 Grant Street, Suite 300
                                              Pittsburgh, PA 15219
                                              Phone Number: 215-563-7000 Ext 31502
                                              Fax Number: 215-568-7616
                                              Email: Jodi.Hause@phelanhallinan.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>**TODD M. SMITH**<br>Debtor<br><br>**U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-WF1**<br>Movant<br>v.<br>**TODD M. SMITH**<br>and<br>**RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)**<br>Respondents | BK. No. 18-22548 GLT<br><br>Chapter No. 13<br><br>Related to Document No. 34 |

**CERTIFICATE OF SERVICE OF CERTIFICATION OF NO OBJECTION**

I certify under penalty of perjury that I served or caused to be served the above captioned pleading, Certification of No Objection, on the parties at the addresses shown below on 10/3/2018.

The types of service made on the parties were: Electronic Notification and First Class Mail.

Service by Electronic Notification
RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219
CMECF@CHAPTER13TRUSTEEWDPA.COM

KENNETH STEIDL, ESQUIRE
SUITE 2830 GULF TOWER
707 GRANT STREET
PITTSBURGH, PA 15219
JULIE.STEIDL@STEIDL-STEINBERG.COM

OFFICE OF THE UNITED STATES TRUSTEE
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222
USTP.REGION03@USDOJ.GOV

Service by First Class Mail
TODD M. SMITH
3923 LAUREL OAK CIRCLE
MURRYSVILLE, PA 15668

RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading: "Service by Electronic Notification" and those served by mail will be listed under the heading: "Service by First Class Mail."

Method of Service: electronic means or first class mail

Dated: October 3, 2018

/s/ Jodi L. Hause, Esquire
Jodi L. Hause, Esq., Id. No.90625
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
Phone Number: 215-563-7000 Ext 31502
Fax Number: 215-568-7616
Email: Jodi.Hause@phelanhallinan.com