**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)**

| | | |
|---|---|---|
| IN RE: | : | |
| TODD M. SMITH | : | BK. No. 18-22548-GLT |
| Debtor | : | |
| _____ | : | Chapter No. 13 |
| U.S. BANK NATIONAL ASSOCIATION, AS | : | |
| TRUSTEE FOR J.P. MORGAN MORTGAGE | : | |
| ACQUISITION TRUST 2006-WF1 | : | Hearing Date: 11/07/2018 |
| Movant | : | |
| v. | : | Hearing Time: 10:00 a.m. |
| TODD M. SMITH | : | |
| and | : | Objection Date: 10/22/2018 |
| RONDA J. WINNECOUR, ESQUIRE | : | |
| (TRUSTEE) | : | |
| Respondents | | |

**CERTIFICATE OF SERVICE OF
MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

I certify under penalty of perjury that I served or caused to be served the above captioned pleading Motion for Relief from the Automatic Stay and the Notice of Hearing on the parties at the addresses shown below or on the attached list on 10/4/2018.

The types of service made on the parties were: Electronic Notification and First Class Mail.

| Service by Electronic Notification | Service by First Class Mail |
|---|---|
| RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)<br>SUITE 3250, USX TOWER<br>600 GRANT STREET<br>PITTSBURGH, PA 15219<br>CMECF@CHAPTER13TRUSTEEWDPA.COM | TODD M. SMITH<br>3923 LAUREL OAK CIRCLE<br>MURRYSVILLE, PA 15668 |
| KENNETH STEIDL, ESQUIRE<br>SUITE 2830 GULF TOWER<br>707 GRANT STREET<br>PITTSBURGH, PA 15219<br>EMAIL: JULIE.STEIDL@STEIDLSTEINBERG.COM | TODD M. SMITH<br>127 PARK WAY<br>MCKEESPORT, PA 15131<br><br>TODD M. SMITH<br>127 PARK WAY<br>MCKEESPORT, PA 15131-1121 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>1001 LIBERTY AVENUE, SUITE 970<br>PITTSBURGH, PA 15222<br>USTP.REGION03@USDOJ.GOV | RONDA J. WINNECOUR,<br>ESQUIRE (TRUSTEE)<br>SUITE 3250, USX TOWER, 600<br>GRANT STREET<br>PITTSBURGH, PA 15219 |

If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

/s/ Jodi L. Hause, Esquire
Jodi L. Hause, Esq., Id. No.90625
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
Phone Number: 215-563-7000 Ext 31502
Fax Number: 215-568-7616
Email: Jodi.Hause@phelanhallinan.com

10/4/2018