IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>**Todd M. Smith**<br><br>Debtor<br><br>**Todd M. Smith**<br>Movant<br><br>v.<br><br>No Respondent | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Bankruptcy No. **18-22548**<br><br>Chapter **13**<br><br>Related to Document No. |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, __**Kenneth Steidl 34965**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By: **/s/ Kenneth Steidl**
Signature
**Kenneth Steidl 34965**
Typed Name
**28th Floor - Gulf Tower**
**707 Grant Street**
**Pittsburgh, PA 15219-1908**
Address
**412-391-8000 Fax:412-391-0221**
Phone No.
**34965 PA**
List Bar I.D. and State of Admission

```
Borough of Avalon
c/o Jordan Tax Service, Inc.
102 Rahway Road
McMurray, PA 15317-3349

Borough of Avalon
PO Box 645138
Pittsburgh, PA 15264-5138

County of Allegheny
c/o Jordan Tax Service
PO Box 200
Bethel Park, PA 15102-0200

County of Allegheny
c/o John K. Weinstein, County Treasurer
PO Box 643385
Pittsburgh, PA 15264

Toyota Motor Leasing
5005 N. River Blvd. NE
Cedar Rapids, IA 52411-6634

Waste Management
P.O. Box 13577
Philadelphia, PA 19101

Waste Management
P.O. Box 13577
Philadelphia, PA 19101

West View Water Authority
PO Box 747107
Pittsburgh, PA 15274-7105

White Oak Borough
2280 Lincoln Way
White Oak, PA 15131
```