IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Todd M. Smith, | : | Bankruptcy No. 18-22548-GLT |
| Debtor | : | |
| Todd M. Smith, Movant | : | Chapter 13 |
| | : | Related to Document No. 63 |
| v. | : | |
| | : | Docket No. |
| | : | |
| No Respondents | : | |

**<u>CERTIFICATE OF SERVICE OF ORDER OF COURT FOR AMENDMENT TO SCHEDULE D</u>**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on <u>November 13, 2018.</u>

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: <u>First Class U.S. Mail</u>.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."
EXECUTED ON:

Rhonda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

County of Allegheny
c/o Jordan Tax Service
PO Box 200
Bethel Park, PA 15102

Borough of Avalon
c/o Jordan Tax Service, Inc.
102 Rahway Road
McMurray, PA 15317-3349

Borough of Avalon
PO Box 645138
Pittsburgh, PA 15264-5138

Waste Management
PO Box 13577
Philadelphia, PA 19101

West View Water Authority
PO Box 747107
Pittsburgh, PA 15274-7105

White Oak Borough
2280 Lincoln Way
White Oak, PA 15131

Todd M. Smith
3923 Laurel Oak Circle
Murraysville, PA 15668

                By: /s/ Kenneth Steidl
                    Kenneth Steidl, Esquire
                    Attorney for the Debtor(s)
                    STEIDL & STEINBERG, P.C.
                    Suite 2830 - Gulf Tower
                    707 Grant Street
                    Pittsburgh, PA  15219
                    (412) 391-8000
                    P.A.I.D. No. 34965
                    ken.steidl@steidl-steinberg.com

**PAWB Local Form 7 (07/13)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

**Todd M. Smith**         :   Case No. 18–22548–GLT
*Debtor(s)*              :
                         :   Chapter: 13
                         :
                         :
                         :

**ORDER**

*AND NOW,* this ***The 9th of November, 2018***, the Debtor(s) having filed an ***Amendment to Schedule* D** filed on **11/8/2018**

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1)   The Debtor(s) shall ***immediately*** serve a copy of this *Order*, the *341 Meeting of Creditors Notice* and the *Amendment* on all affected parties, the Trustee (if one is appointed) and the United States Trustee.

(2)   On or before seven (7) days from receipt of this *Order* the Debtor(s) shall file a Certificate of Service with the Clerk, U.S. Bankruptcy Court.

(3)   ***On or before December 7, 2018 or the date set forth in the Section 341 Meeting Notice***, whichever is later, any ***Objection to Discharge*** (if applicable), ***Request for a 341 Meeting*** (if applicable), and/or ***Objections to Exemptions*** shall be filed.

(4)   If no objections to the *Amendment* are filed, the *Amendment* is accepted for filing. If objections to the *Amendment* are filed, a hearing will be scheduled.

(5)   **FAILURE TO SERVE** the appropriate documents and file a timely **Certificate of Service** will result in the *Amendment* being rendered **NULL AND VOID** without further Order of Court.

(6)   If applicable, failure to pay the required filing fee within seven (7) days of the date of the *Order*, or failure to add additional creditors(s) into bankruptcy case via CM/ECF Creditor Maintenance within seven (7) days from the date of this *Order* will result in the *Amendment* being rendered **NULL AND VOID** without further Order of Court.

Dated: November 9, 2018

cm: Debtor
    Counsel For Debtor

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court