**2100 B (12/15)**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 18-22548-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

Todd M. Smith
3923 Laurel Oak Circle
Murrysville PA 15668

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/20/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 1: HSBC Bank USA, National Association, as Trustee, c/o Wells Fargo Bank, N.A., as servicer, Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 | Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    03/22/19

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-22548-GLT
Todd M. Smith                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: culy              Page 1 of 1              Date Rcvd: Mar 20, 2019
                             Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2019.
14887838        HSBC Bank USA, National Association, as Trustee,   c/o Wells Fargo Bank, N.A., as servicer,
                Default Document Processing,   N9286-01Y,   1000 Blue Gentian Road,   Eagan, MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2019                                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2019 at the address(es) listed below:
      Dana B. Ostrovsky    on behalf of Creditor    Fidelity National Title Insurance Company
      dana.ostrovsky@fnf.com,   timothy.destefano@fnf.com;mary.lopez@fnf.com
      James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation, as servicer for
      Toyota Lease Trust bkgroup@kmllawgroup.com
      Jeffrey R. Hunt    on behalf of Creditor    Borough of Avalon jhunt@grblaw.com,   cnoroski@grblaw.com
      Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District and Municipality of Penn
      Hills jlc@mbm-law.net
      Jerome B. Blank    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et.al. pawb@fedphe.com
      Jodi L. Hause    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et.al.
      jodi.hause@phelanhallinan.com,   pawb@fedphe.com
      Kenneth Steidl    on behalf of Debtor Todd M. Smith julie.steidl@steidl-steinberg.com,
      ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
      eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
      inberg.com
      Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
      DMcKay@bernsteinlaw.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Raymond M Kempinski    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
      YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-14CB
      MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-14CB ecfmail@mwc-law.com,
      ecfmail@ecf.courtdrive.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
      srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
      Thomas Song    on behalf of Creditor    HSBC Bank USA, National Association As Trustee Et Al
      pawb@fedphe.com
                                                                                TOTAL: 13