FILED
3/27/19 9:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**TODD M. SMITH**

          **Debtor**

**HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR NOMURA ASSET ACCEPTANCECORPORATION, ALTERNATIVE LOAN TRUST, SERIES 2006-WF1 MORTGAGE PASS-THROUGH CERTIFICATES**

          **Movant**

          **v.**

**TODD M. SMITH**

          **Respondent**

:
:
:
:
:
:
:
:
:
:
:
:

**BK. No. 18-22548 GLT**

**Chapter No. 13**

Related to Docket No. 72

## PRAECIPE TO WITHDRAW THE NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

      Kindly withdraw the Notice of Appearance and Request for Notice, filed on October 16, 2018, Docket Entry 52.

                                        Respectfully submitted,

     **SO ORDERED**
     March 27, 2019

                    **drb**

March 26, 2019

/s/ Jerome Blank, Esquire
Jerome Blank, Esq., Id. No.49736
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
Phone Number: 215-563-7000 Ext 31625
Fax Number: 215-568-7616
Email: jerome.blank@phelanhallinan.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-22548-GLT
Todd M. Smith                                                             Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy              Page 1 of 1          Date Rcvd: Mar 27, 2019
                             Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2019.
db             +Todd M. Smith,    3923 Laurel Oak Circle,    Murrysville, PA 15668-8500
cr             +HSBC BANK USA, NATIONAL ASSOCIATION,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2019                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2019 at the address(es) listed below:
          Dana B. Ostrovsky   on behalf of Creditor   Fidelity National Title Insurance Company
           dana.ostrovsky@fnf.com,  timothy.destefano@fnf.com;mary.lopez@fnf.com
          James  Warmbrodt   on behalf of Creditor   Toyota Motor Credit Corporation, as servicer for
           Toyota Lease Trust bkgroup@kmllawgroup.com
          Jeffrey R. Hunt   on behalf of Creditor   Borough of Avalon jhunt@grblaw.com,  cnoroski@grblaw.com
          Jennifer L. Cerce   on behalf of Creditor   Penn Hills School District and Municipality of Penn
           Hills jlc@mbm-law.net
          Jerome B. Blank   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, Et.al. pawb@fedphe.com
          Jerome B. Blank   on behalf of Creditor   HSBC Bank USA, National Association As Trustee Et Al
           pawb@fedphe.com
          Jodi L. Hause   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, Et.al.
           jodi.hause@phelanhallinan.com,  pawb@fedphe.com
          Kenneth  Steidl   on behalf of Debtor Todd M. Smith julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com
          Keri P. Ebeck   on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
           DMcKay@bernsteinlaw.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Raymond M Kempinski   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
           YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-14CB
           MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-14CB ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
          S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
          Thomas  Song   on behalf of Creditor   HSBC Bank USA, National Association As Trustee Et Al
           pawb@fedphe.com
                                                                                       TOTAL: 14