# LEGAL ADVERTISING
**TRIB TOTAL MEDIA**

## Proof of Publication of Notice in The Tribune-Review
Under the Act of July 9, 1976, P.L. 877, No. 160

Commonwealth of Pennsylvania }
County of Allegheny              }   SS:

Patty Klingensmith,, Regional Multi-Media Advertising Manager of Trib Total Media, Inc., a corporation of the Commonwealth of Pennsylvania with place of business in Pittsburgh, Allegheny County, Pennsylvania, being duly sworn, deposes and says that the Tribune-Review is a daily newspaper in general circulation in Southwestern Pennsylvania. Said corporation was established in the year 1924. A copy of the printed notice of publication is attached hereto exactly as the same was printed and published in the regular editions of the said daily newspaper on the following dates, viz:
LEGAL# 6720414, RE: MOTION TO SELL REAL PROPERTY / TODD M. SMITH; 19TH DAY OF SEPTEMBER, 2019.

Affiant further deposes that s/he is an officer duly Authorized by the Trib Total Media, Inc., publisher of the Tribune-Review, to verify the foregoing statement under oath and also declares that affiant is not interested in the subject matter of the aforesaid notice of publication, and that all allegations in the foregoing statement as to time, place and character of publication are true.

X _____
Regional Multi-Media Advertising Manager,
Trib Total Media, Inc.

Sworn to and subscribed before me this
19TH day of SEPTEMBER, 2019

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JoAnn M. Callahan, Notary Public
City of Greensburg, Westmoreland County
My Commission Expires July 1, 2020
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

### Statement of Advertising Costs

ALYSSA FEHL
STEIDL & STEINBERG PC
707 GRANT STREET, SUITE 2830
GULF TOWER
PITTSBURGH, PA 15219

To Trib Total Media, Inc..
For Publishing the notice or advertisement attached
hereto on the above stated dates        $214.00
Probating Same                          $    0
Total                                   $ 214.00

Publisher's Receipt for
The Trib Total Media, Inc., publisher of t acknowledges a receipt of the aforesaid advertising and fully paid.

Trib Total Media Inc., Publisher
of the Tribune-Review, a Daily Newspaper.

By_____

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
IN RE:     TODD M. SMITH
BANKRUPTCY NUMBER:  18-22548-GLT
**NOTICE OF SALE TO CREDITORS AND OTHER PARTIES IN INTEREST**

Notice is hereby given that Kenneth Steidl, Attorney for the Debtor, has filed a Motion to Sell Real Property Free and Clear of all Liens, Judgments and Encumbrances.
Todd M. Smith has received an offer of $200,000.00 for residential real property being known as 5303 to 5309 Kistler Road, Export, PA located in the Municipality of Murrysville, Westmoreland County, PA free and clear of all liens and encumbrances.
A hearing will be held in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 on 8th day of October, 2019 at 9:00a.m. for the purpose of passing on said Motion when and where all objections will be heard, when and where the public is invited; and when and where higher and better offers will be accepted.
Additional information is available at the office of the Debtor's attorney, Kenneth Steidl, Esquire, Steidl & Steinberg, P.C., Suite 2830 - Gulf Tower, 707 Grant Street, Pittsburgh, PA 15219, (412) 391-8000.
6720414(9-19-19)