FILED
9/25/19 9:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Todd M. Smith | BK. NO. 18-22548 GLT |
|                        Debtor(s) | |
| Toyota Lease Trust | CHAPTER 13 |
|                      Movant | |
|         v. | |
| Todd M. Smith | Related to Docket No. 86 |
|                    Respondent | |
|       and | |
| Ronda J. Winnecour, trustee | |
|                    Additional Respondent | |

### DEFAULT ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

This 25th Day of September, 2019, upon default, no response objecting to the Motion having been timely filed by an interested party, and upon Movant's Certification of Service and Certification of No Objection, it is

**ORDERED** that the above-captioned Motion is granted insofar as it requests relief from the Automatic Stay imposed by 11 U.S.C. Sections 362 (d) and 1301 (if applicable) with respect to vehicle, 2016 TOYOTA TACOMA 4X4, VIN: 5TFCZ5AN5GX014150, .

Movant shall, within five (5) days hereof, serve a copy of the within Order on parties in interest and file a certificate of Service.

United States Bankruptcy Judge

cc:    James C. Warmbrodt, Esquire
        jwarmbrodt@kmllawgroup.com
        KML Law Group, P.C.
        BNY Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Todd M. Smith
        Debtor

Case No. 18-22548-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: dpas          Page 1 of 1        Date Rcvd: Sep 25, 2019
                            Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2019.
db              +Todd M. Smith,    3923 Laurel Oak Circle,    Murrysville, PA 15668-8500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2019 at the address(es) listed below:
              Dana B. Ostrovsky    on behalf of Creditor    Fidelity National Title Insurance Company
               dana.ostrovsky@fnf.com,  timothy.destefano@fnf.com;mary.lopez@fnf.com
              James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation, as servicer for
               Toyota Lease Trust bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Avalon jhunt@grblaw.com,  cnoroski@grblaw.com
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District and Municipality of Penn
               Hills jlc@mbm-law.net
              Jerome B. Blank    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et.al. pawb@fedphe.com
              Jodi L. Hause    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et.al.
               jodi.hause@phelanhallinan.com,  pawb@fedphe.com
              Jodi L. Hause    on behalf of Creditor    LOANCARE, LLC jodi.hause@phelanhallinan.com,
               pawb@fedphe.com
              Kenneth Steidl    on behalf of Debtor Todd M. Smith julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Kevin Scott Frankel    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Raymond M Kempinski    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-14CB
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-14CB ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Thomas Song    on behalf of Creditor    LOANCARE, LLC pawb@fedphe.com
                                                                            TOTAL: 15