## WESTMORELAND LAW JOURNAL PROOF OF PUBLICATION NOTICE

COMMONWEALTH OF PENNSYLVANIA  
COUNTY OF WESTMORELAND  } SS.

Before me, the undersigned notary public, this day, personally appeared **Susan C. Zellner** to me known, who being duly sworn according to law, deposes and states the following:

I am the Managing Editor of the WESTMORELAND LAW JOURNAL. The Westmoreland Law Journal is the duly designated legal newspaper for Westmoreland County, Pennsylvania, which legal newspaper was established in 1911 and designated the Legal Periodical by the Court of Common Pleas for Westmoreland County on August 24, 1918, at 688 August Term, 1918, and by the Orphans' Court of Westmoreland County, on June 22, 1943, at 85 May Term, 1943, and is published by the Westmoreland Bar Association, 129 North Pennsylvania Avenue, Greensburg, Westmoreland County, Pennsylvania 15601. A copy of the printed notice of publication is attached hereto exactly as printed or published in the issue or issues of said legal newspaper on the following date or dates:

20 September, 2019

The affiant further states that she is a designated agent of the Westmoreland Bar Association, the owner of said legal newspaper, that she is not interested in the subject matter of the aforesaid notice or advertising, and that all of the allegations of the aforesaid statement as to time, place and character of publication are true.

---

**THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**IN RE: TODD M. SMITH**

**BANKRUPTCY NUMBER: 18-22548-GLT**

**NOTICE OF SALE TO CREDITORS AND OTHER PARTIES IN INTEREST**

Notice is hereby given that Kenneth Steidl, Attorney for the Debtor, has filed a Motion to Sell Real Property Free and Clear of all Liens, Judgments and Encumbrances.

Todd M. Smith has received an offer of $200,000.00 for residential real property being known as 5303 to 5309 Kistler Road, Export, PA located in the Municipality of Murrysville, Westmoreland County, PA free and clear of all liens and encumbrances.

A hearing will be held in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 on 8th day of October, 2019 at 9:00a.m. for the purpose of passing on said Motion when and where all objections will be heard, when and where the public is invited; and when and where higher and better offers will be accepted.

Additional information is available at the office of the Debtor's attorney, Kenneth Steidl, Esquire, Steidl & Steinberg, P.C., Suite 2830 – Gulf Tower, 707 Grant Street, Pittsburgh, PA 15219, (412) 391-8000.

20 Sep

---

Sworn to and subscribed before me this

**20th** day of **September**, 20**19**

_____  
Notary Public

Commonwealth of Pennsylvania - Notary Seal  
Diane Krivoniak, Notary Public  
Westmoreland County  
My commission expires November 15, 2021  
Commission number 1089727  
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

**STATEMENT OF ADVERTISING COSTS TO WESTMORELAND LAW JOURNAL, Dr.**

For publishing the notice or publication attached hereto on the above stated dates .......... $ **78.00**

Publisher's Receipt for Advertising Costs:

The WESTMORELAND LAW JOURNAL, a legal periodical, hereby acknowledges receipt of the aforesaid notice and publication costs and certifies that the same have been duly paid.

WESTMORELAND LAW JOURNAL

By _____

(The Westmoreland Law Journal is owned and published by the Westmoreland Bar Association.)