FILED
10/8/19 2:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re: : Case No.: 18-22548-GLT
: Chapter: 13
Todd M. Smith :
:
: Date: 10/8/2019
Debtor(s). : Time: 09:00

### PROCEEDING MEMO

**MATTER:**
#82 - Continued Motion to Sell Property Free and Clear
 of Liens under Section 363(f)
 #85 - Response filed by Bayview Loan Servicing
 #89 - Response filed by Chapter 13 Trustee
[Amended Order of Sale due 9/20/2019]
#96 - Proof of Publication in Tribune Review
 #100 - Proof of Publication in Westmoreland Law
  Journal
 #101 - Amended Sale Order

**APPEARANCES:**
Debtor: Abagale Steidl
Trustee: Jana Pail
 Bayview: Mark Pecarchik
 Buyer: Lisa Fabarik

**NOTES:**
(9:05)

Steidl: The property was properly advertised and the proof of advertisement was docketed.

Pail: We have no objections.

Pecarchik: We have no objections.

[The property was exposed for sale]

Court: The payment of any secured claim held by Alison White will be subject to the claims allowance process.

**OUTCOME:**

1. Debtor's *Continued Motion to Sell Property Free and Clear of Liens under Section 363(f)* [Dkt. No. 82] is GRANTED.
O/E

**DATED:** 10/8/2019