18-22548-GLT
Todd M. Smith
Doc 103    Filed 10/08/19    Entered 10/08/19 15:35:57    Desc Main
Document    Page 1 of 1

FILED
10/8/19 2:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ADDENDUM TO AGREEMENT OF SALE

MADE this 5th day of October, 2019, by and between, TODD M. SMITH

(hereinafter referred to as "Seller")

AND

FARBARIK ENTERPRISES, LLC

(hereinafter referred to as "Buyer")

### WITNESSETH, THAT:

WHEREAS, Seller is the owner of that certain piece, parcel and tract of land lying and situate in the Municipality of Murrysville, Westmoreland County, Pennsylvania being more commonly known as 5303, 5305, 5307 and 5309 Kistler Road, Export, PA 15632 (Westmoreland County Tax Map No. 49-15-10-0-028) ("Property");

WHEREAS, Seller and Buyer entered into an Agreement of Sale dated July 5, 2019 for the sale of the Property, which indicated the closing date to be on or before September 15, 2019.

NOW THEREFORE, the Agreement of Sale is hereby amended as follows:

1. The closing date shall be extended to on or before November 15, 2019, time being of the essence; and

2. All other terms and conditions of the Agreement of Sale dated July 5, 2019 shall remain in full force and effect.

IN WITNESS WHEREOF, the said parties to this Addendum, intending to be legally bound hereby, have hereunto set their hands and seals the day and year first above written.

WITNESS: _____    SELLER: _____ (SEAL)
                                                             Todd M. Smith

_____                BUYER: _____ (SEAL)
                                                             Farbarik Enterprises, LLC