**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

12/09/2019

IN RE:

TODD M. SMITH
3923 LAUREL OAK CIRCLE
MURRYSVILLE,  PA  15668
XXX-XX-1625          Debtor(s)

Case No.18-22548 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

12/9/2019

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **KERI P EBECK ESQ**<br>BERNSTEIN-BURKLEY<br>707 GRANT STREET<br>SUITE 2200 GULF TOWER<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ANN E SWARTZ ESQ**<br>MCCABE WEISBERG & CONWAY PC<br>123 S BROAD ST STE 1400<br>PHILADELPHIA, PA 19109 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BANK OF NY MELLON/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **JAMES C WARMBRODT ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: TOYOTA MOTOR CREDIT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **JEROME BLANK ESQ**<br>PHELAN HALLINAN ET AL<br>OMNI WILLIAM PENN OFC TOWER<br>555 GRANT STE STE 300<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: US BANK~JPMORGAN/PRAE*WTHDRWN/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ALICE WHITE**<br>6216 ANTLER HILL DR<br>TRAFFORD, PA 15085 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 64,919.97<br>COMMENT: 2ND/SCH*$0/P*2B PAID BY TT FROM BOH. $ IN DISPUTE?*TT DIRECT FEES PAID C | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: |
| **BANK OF NEW YORK MELLON**<br>C/O BAYVIEW LOAN SERVICING LLC<br>4425 PONCE DE LEON BLVD 5TH FL<br>CORAL GABLES, FL 33146 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 18,649.82<br>COMMENT: PMT/PL-CL@BOA*1339.41X60+2=LMT*BGN 7/18*FR BNY/BOA*DOC 55PROP 2B SOL | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 9718 |
| **LOANCARE LLC**<br>3637 SENTARA WAY<br>VIRGINIA BEACH, VA 23452 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 0.00<br>COMMENT: 2458.33/PL*2425.90 X(60+2)=LMT*$0ARRS/PL*FR DITECH FINANCIAL-DOC 93 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 8096 |
| **US BANK NA - TRUSTEE**<br>C/O WELLS FARGO BANK NA<br>ATTN PAYMENT PROCESSING MAC# F2302-04C<br>ONE HOME CAMPUS<br>DES MOINES, IA 50328 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 6-2<br>CLAIM: 0.00<br>COMMENT: RS/MDF OE*SURR/PL*AMD C=38446.04*DKT | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 4093 |
| **US BANK NA-TRUSTEE FOR JPMORGAN MTG A**<br>C/O SPECIALIZED LOAN SERVICING LLC<br>PO BOX 636007<br>LITTLETON, CO 80163 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 0.00<br>COMMENT: RS/MDF OE*SURR/PL*37002.57CL*DTR 2B SURR PROP/SCH*CL=37002.57*FR USB/ | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 9410 |

| Creditor | Trustee Claim / Court Claim / INT % | CRED DESC / ACCOUNT NO. | Claim / Comment |
|---|---|---|---|
| **HSBC BANK USA NA - TRUSTEE NOMURA ASSE**<br>C/O SPECIALIZED LOAN SERVICING LLC<br>PO BOX 636007<br>LITTLETON, CO 80163 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:1 | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 3318 | CLAIM: 0.00<br>COMMENT: PMT/PL-CL@WFHM*932.19X60+2=LMT*BGN 7/18*FR WELLS*DOC 69 |
| **BANK OF AMERICA NA** (LMP)**<br>ATTN BANKRUPTCY DEPT (LMP)<br>PO BOX 660933<br>DALLAS, TX 75266-0933 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1415 | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:13 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6285 | CLAIM: 10,062.12<br>COMMENT: BARCLAYS BANK/AADVANTAGE |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:9 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1046 | CLAIM: 1,978.04<br>COMMENT: |
| **CHASE(*)**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9517 | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |
| **FIDELITY NATIONAL TITLE INSURANCE CO**<br>C/O DANA OSTROVSKY ESQ<br>FIDELITY NATIONAL LAW GROUP<br>1515 MARKET ST STE 1410<br>PHILADELPHIA, PA 19102 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:7 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1148 | CLAIM: 56,263.94<br>COMMENT: NO ACCT/SCH*JUDGMENT/CL |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:8 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4107 | CLAIM: 23,541.96<br>COMMENT: CITIBANK/HOME DEPOT |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:14 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7956 | CLAIM: 8,302.21<br>COMMENT: NCB |
| **TOYOTA LEASE TRUST**<br>C/O TOYOTA MOTOR CREDIT CORP<br>PO BOX 9490<br>CEDAR RAPIDS, IA 52409-9490 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:3 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: C971 | CLAIM: 2,981.46<br>COMMENT: RS/OE*$/PL-CL~BGN 7/18*498.00/MO @ SCH G*PMT/CONF |
| **PENN HILLS MUNICIPALITY (RE TAX)**<br>C/O MBM COLLECTIONS LLC (TAX DIVISION) – D<br>FOXPOINT II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA 15235 | Trustee Claim Number:20  INT %: 10.00%<br>Court Claim Number:4 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: K150 | CLAIM: 0.00<br>COMMENT: 450-K-150;04~17*W/21*SURR/AMD PL*WNTS 10%*CL=214.50 |

| Creditor | Trustee Claim Info | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **PENN HILLS MUNICIPALITY (RE TAX)**<br>C/O MBM COLLECTIONS LLC (TAX DIVISION) –<br>FOXPOINT II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA 15235 | Trustee Claim Number:21 INT %: 0.00%<br>DCourt Claim Number:4 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: K150 | CLAIM: 0.00<br>COMMENT: 450-K-150;04~17*SURR/AMD PL*W/20*NON INT*CL=396.66 |
| **PENN HILLS SD (PENN HILLS) (RE)**<br>C/O MBM COLLECTIONS LLC (TAX DIVISION) –<br>FOXPOINT II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA 15235 | Trustee Claim Number:22 INT %: 10.00%<br>DCourt Claim Number:5 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: K150 | CLAIM: 0.00<br>COMMENT: 450-K-150;07~17*SURR/AMD PL*W/23*WNTS 10%*CL=1426.91 |
| **PENN HILLS SD (PENN HILLS) (RE)**<br>C/O MBM COLLECTIONS LLC (TAX DIVISION) –<br>FOXPOINT II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA 15235 | Trustee Claim Number:23 INT %: 0.00%<br>DCourt Claim Number:5 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: K150 | CLAIM: 0.00<br>COMMENT: 450-K-150;07~17*SURR/MD PL*W/22*NON INT*CL=2043.64 |
| **HSBC BANK USA NA - TRUSTEE NOMURA ASSE**<br>C/O SPECIALIZED LOAN SERVICING LLC<br>PO BOX 636007<br>LITTLETON, CO 80163 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number:1 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 3318 | CLAIM: 83.24<br>COMMENT: $/PL-CL@WFHM*PROJ ESCROW SHRTG THRU 6/18*FR WELLS*DOC 69 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:2 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5258 | CLAIM: 917.83<br>COMMENT: NT/SCH |
| **BANK OF NEW YORK MELLON**<br>C/O BAYVIEW LOAN SERVICING LLC<br>4425 PONCE DE LEON BLVD 5TH FL<br>CORAL GABLES, FL 33146 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:11 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 9718 | CLAIM: 0.00<br>COMMENT: $/PL-CL@BOA*PROJ ESCRW SHRTG*PROP 2B SOLD*FR BNY/BOA*DOC 55 |
| **DUQUESNE LIGHT COMPANY***<br>ATTN: TARA R PFEITER, LITIGATION COUNSEL<br>411 7TH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:12 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7518 | CLAIM: 224.92<br>COMMENT: NT/SCH |
| **LOANCARE LLC**<br>3637 SENTARA WAY<br>VIRGINIA BEACH, VA 23452 | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number:15 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 8096 | CLAIM: 162.14<br>COMMENT: $0 ARRS/PL*ARRS=PROJECTED ESCROW SHRTGE*FR DITECH FINANCIAL-DOC 9 |
| **THOMAS SONG ESQ**<br>PHELAN HALLINAN DIAMOND & JONES LLP<br>OMNI WILLIAM PENN OFFICE TOWER<br>555 GRANT ST STE 300<br>PITTSBURGH, PA 15219 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: HSBC BANK/PRAE*REMOVED/PRAE |
| **AVALON BOROUGH (SWG)**<br>C/O JORDAN TAX SVC-DLNQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number:30 INT %: 10.00%<br>Court Claim Number:16 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: L141 | CLAIM: 56.47<br>COMMENT: 214L141*/AMD F 11-8-18*Thru 6/18*GU TIMELY*UNS/SCH*NT PROV/PL*WNTS 10%*E |

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **WASTE MANAGEMENT* (PMT)**<br>ATTN BANKRUPTCY DEPT<br>1001 FANNIN ST STE 4000<br><br>HOUSTON, TX  77002 | Trustee Claim Number:31  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: 2018*ADDED/AMD F 11/8/18 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 3007 |
| **WASTE MANAGEMENT* (PMT)**<br>ATTN BANKRUPTCY DEPT<br>1001 FANNIN ST STE 4000<br><br>HOUSTON, TX  77002 | Trustee Claim Number:32  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: ADDED/AMD F 11/8/18*2018 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 3007 |
| **WEST VIEW WATER AUTHORITY**<br>210 PERRY HIGHWAY<br><br>PITTSBURGH, PA  15229 | Trustee Claim Number:33  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: ADDED/AMD F 11/8/18 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 0004 |
| **WHITE OAK BOROUGH (MUN SVCS)**<br>C/O COLLECTOR - CURR/DLNQ YRS<br>2280 LINCOLN WAY<br><br>WHITE OAK, PA  15131 | Trustee Claim Number:34  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: ADDED/AMD F 11/8/18*VRFY TYPE!! | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 3320 |
| **BOROUGH OF AVALON***<br>ATTN LEGAL DEPT<br>PO BOX 645138<br><br>PITTSBURGH, PA  15264-5138 | Trustee Claim Number:35  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **COUNTY OF ALLEGHENY (R/E TAX)***<br>%JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br><br>BETHEL PARK, PA  15102 | Trustee Claim Number:36  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: 450K150*SURR/AMD PLAN*ADDED/AMD SCH D 11/8/18*2015-17*AMT@UNS | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: K150 |
| **THOMAS SONG ESQ**<br>PHELAN HALLINAN DIAMOND & JONES LLP<br>OMNI WILLIAM PENN OFFICE TOWER<br>555 GRANT ST STE 300<br>PITTSBURGH, PA  15219 | Trustee Claim Number:37  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: LOANCARE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **KEVIN S FRANKEL ESQ**<br>SHAPIRO & DENARDO LLC<br>3600 HORIZON DR STE 150<br><br>KING OF PRUSSIA, PA  19406 | Trustee Claim Number:38  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: BAYVIEW~BANK OF NY MELLON/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **RONDA J WINNECOUR PA ID #30399****<br>ATTN DIRECT FEES CLERK<br>US STEEL TWR STE 3250<br>600 GRANT ST<br>PITTSBURGH, PA  15219 | Trustee Claim Number:39  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 2,606.06<br>COMMENT: $ /OE*HOLD FOR REPOST | CRED DESC:  FEES ON DIRECT PAYMENTS<br>ACCOUNT NO.: $/OE |