IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Todd M. Smith | : | Case No. 18-22548GLT |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Related to Document # |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| | : | Hearing Date |
| No Respondents | | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE
ON TRUSTEE'S MOTION FOR ORDER OF COURT (A) APPROVING SETTLEMENT
AND PAYMENT OF MORTGAGE CLAIM OF ALISON WHITE, AND (B)
AUTHORIZING DISTRIBUTION OF THE NET PROCEEDS TO UNSECURED
CREDITORS**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

Your are further notified to file with the Clerk and serve upon the undersigned Movant a response to the motion no later than January 21, 2020 i.e., twenty (20) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on February 12, 2020, at 10:00 a.m. before Judge Gregory L. Taddonio, in Courtroom A, 54th Floor, U.S. Steel Tower, Pittsburgh PA 15219.  Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a late date by the Court.  An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Service: 12/30/2019

/s/ Owen Katz_____
Owen Katz- PA I.D. #36473
Attorney for Trustee
US Steel Tower – Suite 3250
600 Grant St.
Pittsburgh, PA  15219
(412) 471-5566
okatz@chapter13trusteewdpa.com