IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Todd M. Smith | : | Case No. 18-22548GLT |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Related to Document # |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| | : | Hearing Date |
| No Respondents | | |

## CERTIFICATION OF NO OBJECTION REGARDING TRUSTEE'S MOTION FOR ORDER OF COURT (A) APPROVING SETTLEMENT AND PAYMENT OF MORTGAGE CLAIM OF ALISON WHITE, AND (B) AUTHORIZING DISTRUBUTION OF BALANCE OF THE NET PROCEEDS TO UNSECURED CREDITORS

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's MOTION/OBJECTION filed on December 30, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Motion/Objection appears thereon. Pursuant to the Notice of Hearing, responses were to be filed and served no later than January 21, 2020.

01/22/2020
Date

/s/ Ronda J. Winnecour
Ronda J. Winnecour
Chapter 13 Trustee PA I.D.#30399
U.S. Steel Tower- Suite 3250
600 Grant Street
Pittsburgh PA  15219
cmecf@chapter13trusteewdpa.com