IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 18-22548GLT |
| TODD M. SMITH | Chapter 13 |
| Debtor | Related to Docket No. 113 |

CONSENT ORDER OF COURT

WHEREAS, Long & Long, LLC ("Long & Long") was the closing agent for the sale of the property located at 5303-5309 Kistler Road, Export, PA 15632 ("Property"); and

WHEREAS, the Property was sold on October 22, 2019 as set forth and shown on the Report of Sale filed at the above-referenced number on November 11, 2019; and

WHEREAS, by wire transfer dated October 23, 2019, Long & Long wired the sum of $93,359.19 to Bayview Loan Servicing (the secured creditor) or exactly $3,000.00 more than shown on the HUD-1; and

WHEREAS, as a result of the overpayment, Long & Long covered the $3,000.00 from its own funds and remitted the full sum due to the Trustee for both its fees and the plan funding; and

WHEREAS, Bayview Loan Servicing subsequently issued a check in the amount of $2,742.98 back to the Debtor as a result of the overpayment, which is now in the possession of Debtor's counsel; and

WHEREAS, Long & Long asserts that the refund check should not be included in the plan funding for distribution to the unsecured creditors as set forth in the Order of Court dated January 23, 2020 as Long & Long covered that money from its own funds and remitted in full all sums due to the Trustee; and

WHEREAS, the Trustee and Debtor's counsel consent to the return of the $2,742.98 to Long & Long.

AND NOW, to wit, this __6th Day of February__, 2020, it is hereby ORDERED AND DECREED as follows:

1. The check payable to the Debtor in the amount of $2,742.98 shall be endorsed to Long & Long, LLC and returned to Long & Long, LLC as full repayment of the overpayment on the wire transfer of October 23, 2019.

2. Long & Long, LLC hereby waives any further claim on account of the overpayment.

3. The Order of Court dated January 23, 2020 directing that the $3,000.00 be considered plan funding and distributed to the unsecured creditors is hereby modified to the extent inconsistent herewith.

BY THE COURT:

Gregory L. Taddonio    drb
United States Bankruptcy Court

CONSENTING:

/s/ Owen Katz
Owen Katz, Esquire
Office of Chapter 13 Trustee

/s/ Julie F. Steidl
Julie F. Steidl, Esquire
Counsel for Debtor, Todd M. Smith

/s/ Adam J. Long
Adam J. Long, Esquire
Long & Long, LLC

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 18-22548-GLT
Todd M. Smith                                                   Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: dpas                  Page 1 of 1              Date Rcvd: Feb 06, 2020
                               Form ID: pdf900             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2020.
db             +Todd M. Smith,   3923 Laurel Oak Circle,   Murrysville, PA 15668-8500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2020 at the address(es) listed below:
              Dana B. Ostrovsky    on behalf of Creditor    Fidelity National Title Insurance Company
               dana.ostrovsky@fnf.com, timothy.destefano@fnf.com;mary.lopez@fnf.com
              James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation, as servicer for
               Toyota Lease Trust bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Avalon jhunt@grblaw.com, cnoroski@grblaw.com
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District and Municipality of Penn
               Hills jlc@mbm-law.net
              Jerome B. Blank    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et.al. pawb@fedphe.com
              Jodi L. Hause    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et.al.
               jodi.hause@phelanhallinan.com, pawb@fedphe.com
              Jodi L. Hause    on behalf of Creditor    LOANCARE, LLC jodi.hause@phelanhallinan.com,
               pawb@fedphe.com
              Kenneth Steidl    on behalf of Debtor Todd M. Smith julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Kevin Scott Frankel    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Raymond M Kempinski    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-14CB
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-14CB ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Thomas Song    on behalf of Creditor    LOANCARE, LLC pawb@fedphe.com
                                                                                               TOTAL: 15