**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION**

IN RE:                                               Case No. 18-22548-GLT
                                                           Chapter 13

Todd M Smith

Debtor(s).

**NOTICE OF APPEARANCE**

**LOANCARE, LLC.**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976**

                                               By:    /s/ Steven K. Eisenberg
                                                        Steven K. Eisenberg, Esquire
                                                        Bar No: 75736
                                                        Stern & Eisenberg, PC
                                                        1581 Main Street, Suite 200
                                                        The Shops at Valley Square
                                                        Warrington, PA 18976
                                                        Phone: (215) 572-8111
                                                        Fax: (215) 572-5025
                                                        seisenberg@sterneisenberg.com
                                                        Attorney for Creditor

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 16th day of July, 2021, to the following:

Kenneth Steidl
Steidl & Steinberg
707 Grant Street Suite 2830
Gulf Tower
Pittsburgh, PA 15219
julie.steidl@steidl-steinberg.com
*Attorney for Debtor(s)*

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
*Chapter 13 Trustee*

U.S. Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov
*U.S. Trustee*

and by standard first class mail postage prepaid to:

Todd M Smith
3923 Laurel Oak Circle
Murrysville, PA 15668
*Debtor(s)*

                                By:       /s/ Steven K. Eisenberg
                                          Steven K. Eisenberg, Esquire