FILED
12/21/23 1:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| Todd M. Smith ) | Case No. 18-22548 GLT |
|    Debtor ) | Chapter 13 |
| ) | |
| Steidl and Steinberg, P.C. ) | Related to Dkt. No. 144 |
|    Applicant ) | Hearing: January 12, 2024 at 9 a.m. |
| ) | |
| vs. ) | |
| ) | |
| Office of the U.S. Trustee, Ronda J. Winnecour, ) | |
| Trustee, Bank of America, Barclay, Borough of Avalon, ) | |
| Wells Fargo Bank, Capital One Bank, JP Morgan Chase ) | |
| Bank, County of Allegheny, Ditech Financial, Duquesne ) | |
| Light Co., Fidelity National Title Insurance Co., HSBC ) | |
| Bank USA, Home Depot/Citi Cards, JP Morgan ) | |
| Mortgage Acquisitions, Loancare, PNC Bank Retail ) | |
| Lending, Penn Hills Municipality, Penn Hills School ) | |
| District, PA Dept. of Revenue, Peoples Natural Gas, ) | |
| Portfolio Recovery Assoc., Specialized Loan Servicing, ) | |
| Bank of NY Mellon Toyota Lease Trust, Toyota Motor ) | |
| Leasing, Waste Management, West View Water ) | |
| Authority, White Oak Borough ) | |
|    Respondents ) | |

**ORDER OF COURT**

AND NOW, to-wit this 21st day of December, 2023, after consideration of the Application for Final Compensation by Counsel for Debtors it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Application for Final Compensation is approved in the additional amount of $6,840.00 for work performed in the Chapter 13 case by Debtor's counsel from May 21, 2018, to November 27, 2023.

2. The Debtor paid their counsel for administrative costs and expenses totaling $500.00 (which included the court filing fee of $310.00) prior to case filing. Expenses reimbursement of $0.00 is being requested here.

3. Before the approval of this Fee Application, the Debtor's counsel was paid a $800.00 retainer prior to filing and has been paid, or is approved (in prior plan(s)) to be paid, $3,200.00 by the Chapter 13 Trustee. With the approval of this Fee Application, the total amount of allowed fees in this case for Debtor's counsel is $10,840.00, with the total to be paid through the Plan by

the Trustee being up to $10,040.00 (representing the $3,200.00 previously approved to be paid (as set forth above), $2,000.00 confirmed as part of the amended plan dated November 18, 2020 (found at docket no. 123) and confirmed on February 18, 2021 (at docket no. 125) and a remaining amount up to $4,840.00 to be paid from funds the Chapter 13 Trustee has on hand after the goals of the plan are achieved but before a Debtor Refund is issued,

4. The fees requested will not decrease the amount to be paid to other creditors being paid through the Chapter 13 Plan;

5. The clerk shall record the total compensation as $6,840.00

Prepared by:   Kenneth Steidl, Esq.

**DEFAULT ENTRY**

Dated: December 21, 2023

_____
Gregory L. Taddonio        jah
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-22548-GLT |
| Todd M. Smith | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Dec 21, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Todd M. Smith, 3923 Laurel Oak Circle, Murrysville, PA 15668-8500 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2023           Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradley Joseph Osborne | on behalf of Creditor J.P. MORGAN MORTGAGE ACQUISITION CORP. bosborne@hoflawgroup.com ckohn@hoflawgroup.com |
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation as servicer for Toyota Lease Trust bnicholas@kmllawgroup.com |
| Dana B. Ostrovsky | on behalf of Creditor Fidelity National Title Insurance Company dana.ostrovsky@fnf.com timothy.destefano@fnf.com;mary.lopez@fnf.com |
| Daniel Philip Jones | on behalf of Creditor LOANCARE LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Avalon jhunt@grblaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Dec 21, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Jennifer L. Cerce
    on behalf of Creditor Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net

Jerome B. Blank
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  Et.al. jblank@pincuslaw.com, brausch@pincuslaw.com

Jodi L. Hause
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  Et.al. jodi.hause@phelanhallinan.com, pawb@fedphe.com

Jodi L. Hause
    on behalf of Creditor LOANCARE  LLC jodi.hause@phelanhallinan.com, pawb@fedphe.com

Karina Velter
    on behalf of Creditor J.P. MORGAN MORTGAGE ACQUISITION CORP. karina.velter@powerskirn.com Kaitlyn.Pemper@powerskirn.com

Kenneth Steidl
    on behalf of Debtor Todd M. Smith julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Kevin Scott Frankel
    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC pabk@logs.com, logsecf@logs.com

Mario J. Hanyon
    on behalf of Creditor LOANCARE  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Raymond M Kempinski
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-14CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-14CB ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Sarah Kathleen McCaffery
    on behalf of Creditor J.P. MORGAN MORTGAGE ACQUISITION CORP. ckohn@hoflawgroup.com

Steven K. Eisenberg
    on behalf of Creditor LOANCARE  LLC seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

Thomas Song
    on behalf of Creditor LOANCARE  LLC pawb@fedphe.com

TOTAL: 21