**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>TODD M. SMITH<br><br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:18-22548<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

　1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
　2. Approve the Trustee's Report of Receipts and Disbursements,
　3. Terminate wage attachments,
　4. Revest property of the estate in the debtor(s), and
　5. Enter a final decree and close this case.

February 26, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/26/2018 and confirmed on 8/29/18. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 375,313.05 |
| Less Refunds to Debtor | 3,214.12 | |
| TOTAL AMOUNT OF PLAN FUND | | 372,098.93 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 10,040.00 | |
|    Trustee Fee | 14,021.37 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 24,061.37 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| ALISON WHITE | 64,893.31 | 64,893.31 | 0.00 | 64,893.31 |
|   Acct: | | | | |
| BANK OF NEW YORK MELLON | 18,649.82 | 18,649.82 | 0.00 | 18,649.82 |
|   Acct: 9718 | | | | |
| JPMORGAN MORTGAGE ACQUISITION C( | 0.00 | 152,512.93 | 0.00 | 152,512.93 |
|   Acct: 5534 | | | | |
| HSBC BANK USA NA - TRUSTEE NOMURA | 0.00 | 59,686.31 | 0.00 | 59,686.31 |
|   Acct: 3318 | | | | |
| HSBC BANK USA NA - TRUSTEE NOMURA | 83.24 | 83.24 | 0.00 | 83.24 |
|   Acct: 3318 | | | | |
| BANK OF NEW YORK MELLON | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 9718 | | | | |
| JPMORGAN MORTGAGE ACQUISITION C( | 162.14 | 162.14 | 0.00 | 162.14 |
|   Acct: 5534 | | | | |
| PENN HILLS MUNICIPALITY (RE TAX) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: K150 | | | | |
| PENN HILLS MUNICIPALITY (RE TAX) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: K150 | | | | |
| PENN HILLS SD (PENN HILLS) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: K150 | | | | |
| PENN HILLS SD (PENN HILLS) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: K150 | | | | |
| AVALON BOROUGH (SWG) | 56.47 | 56.47 | 16.92 | 73.39 |
|   Acct: L141 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: K150 | | | | |
| US BANK NA - TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 4093 | | | | |
| US BANK NA-TRUSTEE FOR JPMORGAN I | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 9410 | | | | |
| | | | | 296,061.14 |
| **Priority** | | | | |
| KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| TODD M. SMITH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TODD M. SMITH | 3,214.12 | 3,214.12 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 3,200.00 | 3,200.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 6,840.00 | 6,840.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX7/23 | | | | |
| TOYOTA LEASE TRUST | 2,981.46 | 2,981.46 | 0.00 | 2,981.46 |
| Acct: C971 | | | | |
| RONDA J WINNECOUR PA ID #30399** | 2,904.50 | 2,904.50 | 0.00 | 2,904.50 |
| Acct: $/OE | | | | |
| | | | | 5,885.96 |
| **Unsecured** | | | | |
| BANK OF AMERICA NA**  (LMP) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1415 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 10,062.12 | 4,578.57 | 0.00 | 4,578.57 |
| Acct: 6285 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 1,978.04 | 900.07 | 0.00 | 900.07 |
| Acct: 1046 | | | | |
| CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9517 | | | | |
| FIDELITY NATIONAL TITLE INSURANCE CO | 56,263.94 | 25,601.78 | 0.00 | 25,601.78 |
| Acct: 1148 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 23,541.96 | 10,712.30 | 0.00 | 10,712.30 |
| Acct: 4107 | | | | |
| PNC BANK NA | 8,302.21 | 3,777.75 | 0.00 | 3,777.75 |
| Acct: 7956 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 917.83 | 417.64 | 0.00 | 417.64 |
| Acct: 5258 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 224.92 | 102.35 | 0.00 | 102.35 |
| Acct: 7518 | | | | |
| WASTE MANAGEMENT* (PMT) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3007 | | | | |
| WASTE MANAGEMENT* (PMT) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3007 | | | | |
| WEST VIEW WATER AUTHORITY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0004 | | | | |
| WHITE OAK BOROUGH (MUN SVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3320 | | | | |
| KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCCABE WEISBERG & CONWAY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC** (FRMRLY BRIAN C | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LOGS LEGAL GROUP LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BOROUGH OF AVALON** | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: | | | | |
| | | | | | 46,090.46 |
| **TOTAL PAID TO CREDITORS** | | | | | 348,037.56 |
| TOTAL CLAIMED | | | | | |
| PRIORITY | 5,885.96 | | | | |
| SECURED | 83,844.98 | | | | |
| UNSECURED | 101,291.02 | | | | |

Date: 02/26/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
TODD M. SMITH

    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:18-22548

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Todd M. Smith  
    Debtor

Case No. 18-22548-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 5  
Date Rcvd: Feb 26, 2024      Form ID: pdf900      Total Noticed: 48

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Todd M. Smith, 3923 Laurel Oak Circle, Murrysville, PA 15668-8500 |
| cr | + | Borough of Avalon, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | HSBC BANK USA, NATIONAL ASSOCIATION, 14841 DALLAS PKWY SUITE 425, Dallas, TX 75254-8067 |
| cr | + | HSBC Bank USA N.A, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | Penn Hills School District and Municipality of Pen, Tax Division, c/o Maiello, Brungo & Maiello, LLP, Foxpointe II, 100 Purity Rd, Ste. 3 Pittsburgh, PA 15235-4441 |
| 14886095 | + | Alison White, 6216 Antler Hill Drive, Trafford, PA 15085-2310 |
| 14967908 | + | Borough of Avalon, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14945654 | | Borough of Avalon, PO Box 645138, Pittsburgh, PA 15264-5138 |
| 14945653 | | Borough of Avalon, c/o Jordan Tax Service, Inc., 102 Rahway Road, McMurray, PA 15317-3349 |
| 14892993 | | C/O Wells Fargo Bank, N.A., as servicer, Default Document Processing, N928601Y 1000 Blue Gentian Road, Eagan, MN 551217700 |
| 14945657 | | County of Allegheny, c/o Jordan Tax Service, PO Box 200, Bethel Park, PA 15102-0200 |
| 14945658 | + | County of Allegheny, c/o John K. Weinstein, County Treasurer, PO Box 643385, Pittsburgh, PA 15264-3385 |
| 14909031 | | DITECH FINANCIAL LLC, P.O. BOX 6154, RAPID CITY SD 57709-6154 |
| 14870521 | | Ditech, PO Box 6172, Rapid City, SD 57709 |
| 14870523 | + | Fidelity National Title Insurance Co., c/o Nicole Cohen, Esquire, 1515 Market St., Suite 1410, Philadelphia, PA 19102-1913 |
| 14870522 | + | Fidelity National Title Insurance Co., 601 Riverside Ave., Jacksonville, FL 32204-2946 |
| 14895104 | + | Fidelity National Title Insurance Company, c/o Dana B. Ostrovsky, Fidelity National Law Group, 1515 Market Street, Suite 1410, Philadelphia, PA 19102-1913 |
| 14891910 | + | Penn Hills Municipality, c/o Maiello Brungo & Maiello, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14891911 | + | Penn Hills School District, c/o Maiello Brungo & Maiello, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14894965 | | U.S. Bank National Association, as Trustee for J.P, C/O Wells Fargo Bank, N.A., as servicer, Default Document Processing, N928601Y 1000 Blue Gentian Road, Eagan, MN 551217700 |
| 14945665 | + | Waste Management, P.O. Box 13577, Philadelphia, PA 19101-3577 |
| 14945670 | | West View Water Authority, PO Box 747107, Pittsburgh, PA 15274-7105 |
| 14945671 | + | White Oak Borough, 2280 Lincoln Way, White Oak, PA 15131-2489 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 27 2024 00:20:00 | HSBC BANK USA, NATIONAL ASSOCIATION, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Feb 27 2024 00:20:00 | SPECIALIZED LOAN SERVICING LLC, Bonial & Associates, P.C., P.O. Box 9013, Addison, TX 75001-9013 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 27 2024 00:20:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| 14870517 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 27 2024 00:19:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14870516 | | Email/Text: creditcardbkcorrespondence@bofa.com | | |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Feb 27 2024 00:19:00 | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 14870518 | | Email/Text: BarclaysBankDelaware@tsico.com | Feb 27 2024 00:20:00 | Barclay, Credit Card Payments, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14870519 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 27 2024 00:27:55 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14897225 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 27 2024 00:27:58 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14906433 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 27 2024 00:20:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14887838 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 27 2024 00:28:13 | HSBC Bank USA, National Association, as Trustee, c/o Wells Fargo Bank, N.A., as servicer, Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 14870524 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 27 2024 00:28:21 | Home Depot/Citi Cards, c/o Portfolio Recovery Associates, 120 Corporate Blvd., Attn: Carrie Brown, Esq., Norfolk, VA 23502-4952 |
| 15666998 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 27 2024 00:20:00 | J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 15405341 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 27 2024 00:20:00 | J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14870520 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 27 2024 00:28:20 | Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 15125199 | | Email/Text: LC-Bankruptcy-RF@loancare.net | Feb 27 2024 00:20:00 | LOANCARE, LLC, 3637 SENTARA WAY, VIRGINIA BEACH, VA 23452-4262 |
| 14870525 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 27 2024 00:20:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14908932 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 27 2024 00:20:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14895661 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 27 2024 00:28:20 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14888171 | + | Email/Text: ebnpeoples@grblaw.com | Feb 27 2024 00:20:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15015445 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 27 2024 00:20:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14937225 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 27 2024 00:20:00 | THE BANK OF NEW YORK MELLON, Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL 33146-1837 |
| 14902266 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 27 2024 00:19:00 | THE BANK OF NEW YORK MELLON FKA THE BANK, Bank of America, PO BOX 31785, Tampa FL 33631-3785 |
| 14889759 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 27 2024 00:20:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14886106 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 27 2024 00:20:00 | Toyota Motor Leasing, 5005 N. River Blvd. NE, Cedar Rapids, IA 52411-6634 |
| 14870526 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 27 2024 00:28:22 | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 25

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Feb 26, 2024 | Form ID: pdf900 | Total Noticed: 48 |

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BAYVIEW LOAN SERVICING, LLC |
| cr | | Fidelity National Title Insurance Company |
| cr | | HSBC Bank USA, National Association As Trustee Et |
| cr | | J.P. MORGAN MORTGAGE ACQUISITION CORP. |
| cr | | LOANCARE, LLC |
| cr | | THE BANK OF NEW YORK MELLON |
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| cr | | Toyota Motor Credit Corporation, as servicer for T |
| cr | | U.S. BANK NATIONAL ASSOCIATION, Et.al. |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | HSBC Bank USA, National Association, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14945649 | *+ | Alison White, 6216 Antler Hill Drive, Trafford, PA 15085-2310 |
| 14886097 | * | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14945651 | * | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14886096 | * | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 14945650 | * | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 14886098 | * | Barclay, Credit Card Payments, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14945652 | * | Barclay, Credit Card Payments, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14886099 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14945655 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14886101 | * | Ditech, PO Box 6172, Rapid City, SD 57709 |
| 14945659 | * | Ditech, PO Box 6172, Rapid City, SD 57709 |
| 14886102 | *+ | Fidelity National Title Insurance Co., 601 Riverside Ave., Jacksonville, FL 32204-2946 |
| 14945660 | *+ | Fidelity National Title Insurance Co., 601 Riverside Ave., Jacksonville, FL 32204-2946 |
| 14886103 | *+ | Fidelity National Title Insurance Co., c/o Nicole Cohen, Esquire, 1515 Market St., Suite 1410, Philadelphia, PA 19102-1913 |
| 14945661 | *+ | Fidelity National Title Insurance Co., c/o Nicole Cohen, Esquire, 1515 Market St., Suite 1410, Philadelphia, PA 19102-1913 |
| 14886104 | *+ | Home Depot/Citi Cards, c/o Portfolio Recovery Associates, 120 Corporate Blvd., Attn: Carrie Brown, Esq., Norfolk, VA 23502-4952 |
| 14945662 | *+ | Home Depot/Citi Cards, c/o Portfolio Recovery Associates, 120 Corporate Blvd., Attn: Carrie Brown, Esq., Norfolk, VA 23502-4952 |
| 14886100 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14945656 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14886105 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14945663 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14907143 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15024433 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14945664 | * | Toyota Motor Leasing, 5005 N. River Blvd. NE, Cedar Rapids, IA 52411-6634 |
| 14897960 | * | U.S. Bank National Association, as Trustee for J.P, C/O Wells Fargo Bank, N.A., as servicer, Default Document Processing, N928601Y 1000 Blue Gentian Road, Eagan, MN 551217700 |
| 14945666 | *+ | Waste Management, P.O. Box 13577, Philadelphia, PA 19101-3577 |
| 14870527 | *+ | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |
| 14870528 | *+ | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |
| 14886107 | *+ | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |
| 14886108 | *+ | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |
| 14886109 | *+ | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |
| 14945667 | *+ | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |
| 14945668 | *+ | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |
| 14945669 | *+ | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 9 Undeliverable, 37 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 5 |
| Date Rcvd: Feb 26, 2024 | Form ID: pdf900 | Total Noticed: 48 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 28, 2024    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradley Joseph Osborne | on behalf of Creditor J.P. MORGAN MORTGAGE ACQUISITION CORP. bosborne@hoflawgroup.com ckohn@hoflawgroup.com |
| Dana B. Ostrovsky | on behalf of Creditor Fidelity National Title Insurance Company dana.ostrovsky@fnf.com timothy.destefano@fnf.com;mary.lopez@fnf.com |
| Daniel Philip Jones | on behalf of Creditor LOANCARE LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Danielle Boyle-Ebersole | on behalf of Creditor J.P. MORGAN MORTGAGE ACQUISITION CORP. dboyle-ebersole@hoflawgroup.com PABKAttorneyecf@orlans.com |
| Denise Carlon | on behalf of Creditor Toyota Motor Credit Corporation as servicer for Toyota Lease Trust dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Avalon jhunt@grblaw.com |
| Jennifer L. Cerce | on behalf of Creditor Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net |
| Jerome B. Blank | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION Et.al. jblank@pincuslaw.com, brausch@pincuslaw.com |
| Jodi L. Hause | on behalf of Creditor LOANCARE LLC jodi.hause@phelanhallinan.com, pawb@fedphe.com |
| Jodi L. Hause | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION Et.al. jodi.hause@phelanhallinan.com, pawb@fedphe.com |
| Karina Velter | on behalf of Creditor J.P. MORGAN MORTGAGE ACQUISITION CORP. karina.velter@powerskirn.com Kaitlyn.Pemper@powerskirn.com |
| Kenneth Steidl | on behalf of Debtor Todd M. Smith julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Kevin Scott Frankel | on behalf of Creditor BAYVIEW LOAN SERVICING LLC pabk@logs.com, logsecf@logs.com |
| Mario J. Hanyon | on behalf of Creditor LOANCARE LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Raymond M Kempinski | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE |

Case 18-22548-GLT    Doc 159    Filed 02/28/24    Entered 02/29/24 00:30:36    Desc
Imaged Certificate of Notice    Page 10 of 10

| District/off: 0315-2 | User: auto | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Feb 26, 2024 | Form ID: pdf900 | Total Noticed: 48 |

CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-14CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-14CB ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Sarah Kathleen McCaffery
    on behalf of Creditor J.P. MORGAN MORTGAGE ACQUISITION CORP. smccaffery@pincuslaw.com ckohn@hoflawgroup.com

Steven K. Eisenberg
    on behalf of Creditor LOANCARE LLC seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

Thomas Song
    on behalf of Creditor LOANCARE LLC pawb@fedphe.com

TOTAL: 22