**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Todd M. Smith** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1625 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 18–22548–GLT | |

# Order of Discharge                                                                                       12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Todd M. Smith

<u>4/16/24</u>                                              **By the court:** <u>Gregory L Taddonio</u>
                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-22548-GLT |
| Todd M. Smith | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Apr 16, 2024 | Form ID: 3180W | Total Noticed: 50 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Todd M. Smith, 3923 Laurel Oak Circle, Murrysville, PA 15668-8500 |
| cr | + | Borough of Avalon, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | HSBC BANK USA, NATIONAL ASSOCIATION, 14841 DALLAS PKWY SUITE 425, Dallas, TX 75254-8067 |
| cr | + | HSBC Bank USA N.A., 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | Penn Hills School District and Municipality of Pen, Tax Division, c/o Maiello, Brungo & Maiello, LLP, Foxpointe II, 100 Purity Rd, Ste. 3 Pittsburgh, PA 15235-4441 |
| 14886095 | + | Alison White, 6216 Antler Hill Drive, Trafford, PA 15085-2310 |
| 14967908 | + | Borough of Avalon, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14945654 | | Borough of Avalon, PO Box 645138, Pittsburgh, PA 15264-5138 |
| 14945653 | | Borough of Avalon, c/o Jordan Tax Service, Inc., 102 Rahway Road, McMurray, PA 15317-3349 |
| 14892993 | | C/O Wells Fargo Bank, N.A., as servicer, Default Document Processing, N928601Y 1000 Blue Gentian Road, Eagan, MN 551217700 |
| 14945657 | | County of Allegheny, c/o Jordan Tax Service, PO Box 200, Bethel Park, PA 15102-0200 |
| 14945658 | + | County of Allegheny, c/o John K. Weinstein, County Treasurer, PO Box 643385, Pittsburgh, PA 15264-3385 |
| 14909031 | | DITECH FINANCIAL LLC, P.O. BOX 6154, RAPID CITY SD 57709-6154 |
| 14870521 | | Ditech, PO Box 6172, Rapid City, SD 57709 |
| 14870523 | + | Fidelity National Title Insurance Co., c/o Nicole Cohen, Esquire, 1515 Market St., Suite 1410, Philadelphia, PA 19102-1913 |
| 14870522 | + | Fidelity National Title Insurance Co., 601 Riverside Ave., Jacksonville, FL 32204-2946 |
| 14895104 | + | Fidelity National Title Insurance Company, c/o Dana B. Ostrovsky, Fidelity National Law Group, 1515 Market Street, Suite 1410, Philadelphia, PA 19102-1913 |
| 14891910 | + | Penn Hills Municipality, c/o Maiello Brungo & Maiello, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14891911 | + | Penn Hills School District, c/o Maiello Brungo & Maiello, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14894965 | | U.S. Bank National Association, as Trustee for J.P, C/O Wells Fargo Bank, N.A., as servicer, Default Document Processing, N928601Y 1000 Blue Gentian Road, Eagan, MN 551217700 |
| 14945665 | + | Waste Management, P.O. Box 13577, Philadelphia, PA 19101-3577 |
| 14945670 | | West View Water Authority, PO Box 747107, Pittsburgh, PA 15274-7105 |
| 14945671 | + | White Oak Borough, 2280 Lincoln Way, White Oak, PA 15131-2489 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Apr 17 2024 03:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 16 2024 23:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Apr 17 2024 03:35:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 16 2024 23:51:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA |

Case 18-22548-GLT   Doc 163   Filed 04/18/24   Entered 04/19/24 00:30:28   Desc
Imaged Certificate of Notice   Page 4 of 7

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Apr 16, 2024 | Form ID: 3180W | Total Noticed: 50 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| cr | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Apr 16 2024 23:51:00 | HSBC BANK USA, NATIONAL ASSOCIATION, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 17128-0946 |
| cr | + Email/Text: jlc@mbm-law.net | Apr 16 2024 23:51:00 | Penn Hills School District and Municipality of Pen, Tax Division, c/o Maiello, Brungo & Maiello, LLP, Foxpointe II, 100 Purity Rd, Ste. 3, Pittsburgh, PA 15235-4441 |
| cr | + Email/Text: SLSBKNotices@nationalbankruptcy.com | Apr 16 2024 23:51:00 | SPECIALIZED LOAN SERVICING LLC, Bonial & Associates, P.C., P.O. Box 9013, Addison, TX 75001-9013 |
| cr | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Apr 16 2024 23:51:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| 14870517 | EDI: BANKAMER | Apr 17 2024 03:35:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14870516 | EDI: BANKAMER | Apr 17 2024 03:35:00 | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 14870518 | EDI: TSYS2 | Apr 17 2024 03:35:00 | Barclay, Credit Card Payments, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14870519 | EDI: CAPITALONE.COM | Apr 17 2024 03:35:00 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14897225 | EDI: CAPITALONE.COM | Apr 17 2024 03:35:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14906433 | + Email/Text: kburkley@bernsteinlaw.com | Apr 16 2024 23:52:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14887838 | + EDI: WFFC2 | Apr 17 2024 03:35:00 | HSBC Bank USA, National Association, as Trustee, c/o Wells Fargo Bank, N.A., as servicer, Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 14870524 | + EDI: PRA.COM | Apr 17 2024 03:35:00 | Home Depot/Citi Cards, c/o Portfolio Recovery Associates, 120 Corporate Blvd., Attn: Carrie Brown, Esq., Norfolk, VA 23502-4952 |
| 15666998 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 16 2024 23:51:00 | J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 15405341 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 16 2024 23:51:00 | J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14870520 | EDI: JPMORGANCHASE | Apr 17 2024 03:35:00 | Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 15125199 | Email/Text: LC-Bankruptcy-RF@loancare.net | Apr 16 2024 23:51:00 | LOANCARE, LLC, 3637 SENTARA WAY, VIRGINIA BEACH, VA 23452-4262 |
| 14870525 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 16 2024 23:50:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14908932 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 16 2024 23:50:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14895661 | EDI: PRA.COM | Apr 17 2024 03:35:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14891910 | + Email/Text: jlc@mbm-law.net | Apr 16 2024 23:51:00 | Penn Hills Municipality, c/o Maiello Brungo & Maiello, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14891911 | + Email/Text: jlc@mbm-law.net | Apr 16 2024 23:51:00 | Penn Hills School District, c/o Maiello Brungo & Maiello, 100 Purity Road, Suite 3, Pittsburgh, PA |

Case 18-22548-GLT   Doc 163   Filed 04/18/24   Entered 04/19/24 00:30:28   Desc
Imaged Certificate of Notice   Page 5 of 7

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Apr 16, 2024 | Form ID: 3180W | Total Noticed: 50 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 15235-4441 |
| 14888171 | + | Email/Text: ebnpeoples@grblaw.com | Apr 16 2024 23:51:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15015445 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Apr 16 2024 23:51:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14937225 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 16 2024 23:51:00 | THE BANK OF NEW YORK MELLON, Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL 33146-1837 |
| 14902266 | | EDI: BANKAMER | Apr 17 2024 03:35:00 | THE BANK OF NEW YORK MELLON FKA THE BANK, Bank of America, PO BOX 31785, Tampa FL 33631-3785 |
| 14889759 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 16 2024 23:51:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14886106 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 16 2024 23:51:00 | Toyota Motor Leasing, 5005 N. River Blvd. NE, Cedar Rapids, IA 52411-6634 |
| 14870526 | + | EDI: WFFC2 | Apr 17 2024 03:35:00 | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BAYVIEW LOAN SERVICING, LLC |
| cr | | Fidelity National Title Insurance Company |
| cr | | HSBC Bank USA, National Association As Trustee Et |
| cr | | J.P. MORGAN MORTGAGE ACQUISITION CORP. |
| cr | | LOANCARE, LLC |
| cr | | THE BANK OF NEW YORK MELLON |
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| cr | | Toyota Motor Credit Corporation, as servicer for T |
| cr | | U.S. BANK NATIONAL ASSOCIATION, Et.al. |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | HSBC Bank USA, National Association, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14945649 | *+ | Alison White, 6216 Antler Hill Drive, Trafford, PA 15085-2310 |
| 14886097 | * | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14945651 | * | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14886096 | * | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 14945650 | * | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 14886098 | * | Barclay, Credit Card Payments, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14945652 | * | Barclay, Credit Card Payments, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14886099 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14945655 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14886101 | * | Ditech, PO Box 6172, Rapid City, SD 57709 |
| 14945659 | * | Ditech, PO Box 6172, Rapid City, SD 57709 |
| 14886102 | *+ | Fidelity National Title Insurance Co., 601 Riverside Ave., Jacksonville, FL 32204-2946 |
| 14945660 | *+ | Fidelity National Title Insurance Co., 601 Riverside Ave., Jacksonville, FL 32204-2946 |
| 14886103 | *+ | Fidelity National Title Insurance Co., c/o Nicole Cohen, Esquire, 1515 Market St., Suite 1410, Philadelphia, PA 19102-1913 |
| 14945661 | *+ | Fidelity National Title Insurance Co., c/o Nicole Cohen, Esquire, 1515 Market St., Suite 1410, Philadelphia, PA 19102-1913 |
| 14886104 | *+ | Home Depot/Citi Cards, c/o Portfolio Recovery Associates, 120 Corporate Blvd., Attn: Carrie Brown, Esq., Norfolk, VA 23502-4952 |
| 14945662 | *+ | Home Depot/Citi Cards, c/o Portfolio Recovery Associates, 120 Corporate Blvd., Attn: Carrie Brown, Esq., Norfolk, VA 23502-4952 |
| 14886100 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Apr 16, 2024 | Form ID: 3180W | Total Noticed: 50 |

| | | |
|---|---|---|
| 14945656 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14886105 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14945663 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14907143 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15024433 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14945664 | * | Toyota Motor Leasing, 5005 N. River Blvd. NE, Cedar Rapids, IA 52411-6634 |
| 14897960 | * | U.S. Bank National Association, as Trustee for J.P, C/O Wells Fargo Bank, N.A., as servicer, Default Document Processing, N928601Y 1000 Blue Gentian Road, Eagan, MN 551217700 |
| 14945666 | *+ | Waste Management, P.O. Box 13577, Philadelphia, PA 19101-3577 |
| 14870527 | *+ | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |
| 14870528 | *+ | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |
| 14886107 | *+ | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |
| 14886108 | *+ | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |
| 14886109 | *+ | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |
| 14945667 | *+ | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |
| 14945668 | *+ | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |
| 14945669 | *+ | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 9 Undeliverable, 37 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2024 at the address(es) listed below:

**Name**          **Email Address**

Bradley Joseph Osborne
on behalf of Creditor J.P. MORGAN MORTGAGE ACQUISITION CORP. bosborne@hoflawgroup.com ckohn@hoflawgroup.com

Dana B. Ostrovsky
on behalf of Creditor Fidelity National Title Insurance Company dana.ostrovsky@fnf.com timothy.destefano@fnf.com;mary.lopez@fnf.com

Daniel Philip Jones
on behalf of Creditor LOANCARE LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com

Danielle Boyle-Ebersole
on behalf of Creditor J.P. MORGAN MORTGAGE ACQUISITION CORP. dboyle-ebersole@hoflawgroup.com PABKAttorneyecf@orlans.com

Denise Carlon
on behalf of Creditor Toyota Motor Credit Corporation as servicer for Toyota Lease Trust dcarlon@kmllawgroup.com

Jeffrey R. Hunt
on behalf of Creditor Borough of Avalon jhunt@grblaw.com

Jennifer L. Cerce
on behalf of Creditor Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net

Jerome B. Blank

Case 18-22548-GLT   Doc 163   Filed 04/18/24   Entered 04/19/24 00:30:28   Desc
Imaged Certificate of Notice   Page 7 of 7

District/off: 0315-2 | User: auto | Page 5 of 5
Date Rcvd: Apr 16, 2024 | Form ID: 3180W | Total Noticed: 50

on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION Et.al. jblank@pincuslaw.com, brausch@pincuslaw.com

Jodi L. Hause
on behalf of Creditor LOANCARE LLC jodi.hause@phelanhallinan.com, pawb@fedphe.com

Jodi L. Hause
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION Et.al. jodi.hause@phelanhallinan.com, pawb@fedphe.com

Karina Velter
on behalf of Creditor J.P. MORGAN MORTGAGE ACQUISITION CORP. karina.velter@powerskirn.com Kaitlyn.Pemper@powerskirn.com

Kenneth Steidl
on behalf of Debtor Todd M. Smith julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Kevin Scott Frankel
on behalf of Creditor BAYVIEW LOAN SERVICING LLC pabk@logs.com, logsecf@logs.com

Mario J. Hanyon
on behalf of Creditor LOANCARE LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Raymond M Kempinski
on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-14CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-14CB ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Sarah Kathleen McCaffery
on behalf of Creditor J.P. MORGAN MORTGAGE ACQUISITION CORP. smccaffery@pincuslaw.com ckohn@hoflawgroup.com

Steven K. Eisenberg
on behalf of Creditor LOANCARE LLC seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

Thomas Song
on behalf of Creditor LOANCARE LLC pawb@fedphe.com

TOTAL: 22