IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
4/16/24 8:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
TODD M. SMITH

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-22548

Chapter 13

Related to Docket No. 156

ORDER OF COURT

AND NOW, this 16th Day of April, 2024, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-22548-GLT |
| Todd M. Smith | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Apr 16, 2024 | Form ID: pdf900 | Total Noticed: 48 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Todd M. Smith, 3923 Laurel Oak Circle, Murrysville, PA 15668-8500 |
| cr | + | Borough of Avalon, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | HSBC BANK USA, NATIONAL ASSOCIATION, 14841 DALLAS PKWY SUITE 425, Dallas, TX 75254-8067 |
| cr | + | HSBC Bank USA N.A, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | Penn Hills School District and Municipality of Pen, Tax Division, c/o Maiello, Brungo & Maiello, LLP, Foxpointe II, 100 Purity Rd, Ste. 3 Pittsburgh, PA 15235-4441 |
| 14886095 | + | Alison White, 6216 Antler Hill Drive, Trafford, PA 15085-2310 |
| 14967908 | + | Borough of Avalon, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14945654 | | Borough of Avalon, PO Box 645138, Pittsburgh, PA 15264-5138 |
| 14945653 | | Borough of Avalon, c/o Jordan Tax Service, Inc., 102 Rahway Road, McMurray, PA 15317-3349 |
| 14892993 | | C/O Wells Fargo Bank, N.A., as servicer, Default Document Processing, N928601Y 1000 Blue Gentian Road, Eagan, MN 551217700 |
| 14945657 | | County of Allegheny, c/o Jordan Tax Service, PO Box 200, Bethel Park, PA 15102-0200 |
| 14945658 | + | County of Allegheny, c/o John K. Weinstein, County Treasurer, PO Box 643385, Pittsburgh, PA 15264-3385 |
| 14909031 | | DITECH FINANCIAL LLC, P.O. BOX 6154, RAPID CITY SD 57709-6154 |
| 14870521 | | Ditech, PO Box 6172, Rapid City, SD 57709 |
| 14870523 | + | Fidelity National Title Insurance Co., c/o Nicole Cohen, Esquire, 1515 Market St., Suite 1410, Philadelphia, PA 19102-1913 |
| 14870522 | + | Fidelity National Title Insurance Co., 601 Riverside Ave., Jacksonville, FL 32204-2946 |
| 14895104 | + | Fidelity National Title Insurance Company, c/o Dana B. Ostrovsky, Fidelity National Law Group, 1515 Market Street, Suite 1410, Philadelphia, PA 19102-1913 |
| 14891910 | + | Penn Hills Municipality, c/o Maiello Brungo & Maiello, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14891911 | + | Penn Hills School District, c/o Maiello Brungo & Maiello, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14894965 | | U.S. Bank National Association, as Trustee for J.P, C/O Wells Fargo Bank, N.A., as servicer, Default Document Processing, N928601Y 1000 Blue Gentian Road, Eagan, MN 551217700 |
| 14945665 | + | Waste Management, P.O. Box 13577, Philadelphia, PA 19101-3577 |
| 14945670 | | West View Water Authority, PO Box 747107, Pittsburgh, PA 15274-7105 |
| 14945671 | + | White Oak Borough, 2280 Lincoln Way, White Oak, PA 15131-2489 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Apr 16 2024 23:51:00 | HSBC BANK USA, NATIONAL ASSOCIATION, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | Email/Text: jlc@mbm-law.net | Apr 16 2024 23:51:00 | Penn Hills School District and Municipality of Pen, Tax Division, c/o Maiello, Brungo & Maiello, LLP, Foxpointe II, 100 Purity Rd, Ste. 3, Pittsburgh, PA 15235-4441 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Apr 16 2024 23:51:00 | SPECIALIZED LOAN SERVICING LLC, Bonial & Associates, P.C., P.O. Box 9013, Addison, TX 75001-9013 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Apr 16 2024 23:51:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |

Case 18-22548-GLT   Doc 164   Filed 04/18/24   Entered 04/19/24 00:30:28   Desc
Imaged Certificate of Notice   Page 3 of 6

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Apr 16, 2024 | Form ID: pdf900 | Total Noticed: 48 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 14870517 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 16 2024 23:50:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14870516 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 16 2024 23:50:00 | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 14870518 | | Email/Text: BarclaysBankDelaware@tsico.com | Apr 16 2024 23:51:00 | Barclay, Credit Card Payments, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14870519 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 16 2024 23:59:06 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14897225 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 16 2024 23:59:34 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14906433 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 16 2024 23:52:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14887838 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 17 2024 00:14:08 | HSBC Bank USA, National Association, as Trustee, c/o Wells Fargo Bank, N.A., as servicer, Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 14870524 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2024 23:59:26 | Home Depot/Citi Cards, c/o Portfolio Recovery Associates, 120 Corporate Blvd., Attn: Carrie Brown, Esq., Norfolk, VA 23502-4952 |
| 15666998 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 16 2024 23:51:00 | J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 15405341 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 16 2024 23:51:00 | J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14870520 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 16 2024 23:58:52 | Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 15125199 | | Email/Text: LC-Bankruptcy-RF@loancare.net | Apr 16 2024 23:51:00 | LOANCARE, LLC, 3637 SENTARA WAY, VIRGINIA BEACH, VA 23452-4262 |
| 14870525 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 16 2024 23:50:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14908932 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 16 2024 23:50:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14895661 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2024 23:59:35 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14891910 | + | Email/Text: jlc@mbm-law.net | Apr 16 2024 23:51:00 | Penn Hills Municipality, c/o Maiello Brungo & Maiello, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14891911 | + | Email/Text: jlc@mbm-law.net | Apr 16 2024 23:51:00 | Penn Hills School District, c/o Maiello Brungo & Maiello, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14888171 | + | Email/Text: ebnpeoples@grblaw.com | Apr 16 2024 23:51:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15015445 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Apr 16 2024 23:51:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14937225 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 16 2024 23:51:00 | THE BANK OF NEW YORK MELLON, Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL 33146-1837 |
| 14902266 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 16 2024 23:50:00 | THE BANK OF NEW YORK MELLON FKA THE BANK, Bank of America, PO BOX 31785, Tampa FL 33631-3785 |
| 14889759 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | |

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Apr 16, 2024 | Form ID: pdf900 | Total Noticed: 48 |

| | | Apr 16 2024 23:51:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
|---|---|---|---|
| 14886106 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 16 2024 23:51:00 | Toyota Motor Leasing, 5005 N. River Blvd. NE, Cedar Rapids, IA 52411-6634 |
| 14870526 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 17 2024 00:47:58 | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BAYVIEW LOAN SERVICING, LLC |
| cr | | Fidelity National Title Insurance Company |
| cr | | HSBC Bank USA, National Association As Trustee Et |
| cr | | J.P. MORGAN MORTGAGE ACQUISITION CORP. |
| cr | | LOANCARE, LLC |
| cr | | THE BANK OF NEW YORK MELLON |
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| cr | | Toyota Motor Credit Corporation, as servicer for T |
| cr | | U.S. BANK NATIONAL ASSOCIATION, Et.al. |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | HSBC Bank USA, National Association, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14945649 | *+ | Alison White, 6216 Antler Hill Drive, Trafford, PA 15085-2310 |
| 14886097 | * | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14945651 | * | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14886096 | * | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 14945650 | * | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 14886098 | * | Barclay, Credit Card Payments, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14945652 | * | Barclay, Credit Card Payments, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14886099 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14945655 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14886101 | * | Ditech, PO Box 6172, Rapid City, SD 57709 |
| 14945659 | * | Ditech, PO Box 6172, Rapid City, SD 57709 |
| 14886102 | *+ | Fidelity National Title Insurance Co., 601 Riverside Ave., Jacksonville, FL 32204-2946 |
| 14945660 | *+ | Fidelity National Title Insurance Co., 601 Riverside Ave., Jacksonville, FL 32204-2946 |
| 14886103 | *+ | Fidelity National Title Insurance Co., c/o Nicole Cohen, Esquire, 1515 Market St., Suite 1410, Philadelphia, PA 19102-1913 |
| 14945661 | *+ | Fidelity National Title Insurance Co., c/o Nicole Cohen, Esquire, 1515 Market St., Suite 1410, Philadelphia, PA 19102-1913 |
| 14886104 | *+ | Home Depot/Citi Cards, c/o Portfolio Recovery Associates, 120 Corporate Blvd., Attn: Carrie Brown, Esq., Norfolk, VA 23502-4952 |
| 14945662 | *+ | Home Depot/Citi Cards, c/o Portfolio Recovery Associates, 120 Corporate Blvd., Attn: Carrie Brown, Esq., Norfolk, VA 23502-4952 |
| 14886100 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14945656 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14886105 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14945663 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14907143 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15024433 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14945664 | * | Toyota Motor Leasing, 5005 N. River Blvd. NE, Cedar Rapids, IA 52411-6634 |
| 14897960 | * | U.S. Bank National Association, as Trustee for J.P, C/O Wells Fargo Bank, N.A., as servicer, Default Document Processing, N928601Y 1000 Blue Gentian Road, Eagan, MN 551217700 |
| 14945666 | *+ | Waste Management, P.O. Box 13577, Philadelphia, PA 19101-3577 |
| 14870527 | *+ | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |
| 14870528 | *+ | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |
| 14886107 | *+ | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

Case 18-22548-GLT   Doc 164   Filed 04/18/24   Entered 04/19/24 00:30:28   Desc
Imaged Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Apr 16, 2024 | Form ID: pdf900 | Total Noticed: 48 |

| 14886108 | *+ | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |
| 14886109 | *+ | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |
| 14945667 | *+ | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |
| 14945668 | *+ | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |
| 14945669 | *+ | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 9 Undeliverable, 37 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2024                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2024 at the address(es) listed below:

**Name**    **Email Address**

Bradley Joseph Osborne
on behalf of Creditor J.P. MORGAN MORTGAGE ACQUISITION CORP. bosborne@hoflawgroup.com ckohn@hoflawgroup.com

Dana B. Ostrovsky
on behalf of Creditor Fidelity National Title Insurance Company dana.ostrovsky@fnf.com timothy.destefano@fnf.com;mary.lopez@fnf.com

Daniel Philip Jones
on behalf of Creditor LOANCARE LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com

Danielle Boyle-Ebersole
on behalf of Creditor J.P. MORGAN MORTGAGE ACQUISITION CORP. dboyle-ebersole@hoflawgroup.com PABKAttorneyecf@orlans.com

Denise Carlon
on behalf of Creditor Toyota Motor Credit Corporation as servicer for Toyota Lease Trust dcarlon@kmllawgroup.com

Jeffrey R. Hunt
on behalf of Creditor Borough of Avalon jhunt@grblaw.com

Jennifer L. Cerce
on behalf of Creditor Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net

Jerome B. Blank
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION Et.al. jblank@pincuslaw.com, brausch@pincuslaw.com

Jodi L. Hause
on behalf of Creditor LOANCARE LLC jodi.hause@phelanhallinan.com, pawb@fedphe.com

Jodi L. Hause
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION Et.al. jodi.hause@phelanhallinan.com, pawb@fedphe.com

Karina Velter
on behalf of Creditor J.P. MORGAN MORTGAGE ACQUISITION CORP. karina.velter@powerskirn.com Kaitlyn.Pemper@powerskirn.com

Kenneth Steidl
on behalf of Debtor Todd M. Smith julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

| District/off: 0315-2 | User: auto | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Apr 16, 2024 | Form ID: pdf900 | Total Noticed: 48 |

Kevin Scott Frankel
    on behalf of Creditor BAYVIEW LOAN SERVICING LLC pabk@logs.com, logsecf@logs.com

Mario J. Hanyon
    on behalf of Creditor LOANCARE LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Raymond M Kempinski
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-14CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-14CB ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Sarah Kathleen McCaffery
    on behalf of Creditor J.P. MORGAN MORTGAGE ACQUISITION CORP. smccaffery@pincuslaw.com
    ckohn@hoflawgroup.com

Steven K. Eisenberg
    on behalf of Creditor LOANCARE LLC seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

Thomas Song
    on behalf of Creditor LOANCARE LLC pawb@fedphe.com

TOTAL: 22